IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VICTORIA A. BEAN,<br><br>   Plaintiff,<br><br>   vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>   Defendant | Civil No.  CV-04-3142-CI<br><br><br><br>ORDER |

   Based on the stipulation of the parties, it is ORDERED that this case be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

   On remand, the administrative Law Judge (ALJ) will be directed to update the record regarding the claimant's impairments; reconsider and properly address medical source opinions, particularly those offered by Michael Brown, Ph.D., Peter Davidson, M.D., Jeff Teal, Ph.D., and Lawrence L. Lyon, Ph.D., in accordance with Social Security regulations.  The ALJ will be directed to reassess the severity of the claimant's impairments and re-evaluate the claimant's residual functional

capacity.  If warranted, the ALJ will be directed to obtain supplemental vocational expert testimony to determine what jobs, if any, are available for an individual with the claimant's medical and vocational background, and what impact the claimant's physical and mental functional limitations would have on her ability to perform work-related activities.  The ALJ will be directed to reconsider reopening the claimant's prior application.  The ALJ will be directed to take any further action necessary to render a new decision in this matter.

DATED this  19th  day of  September , 2005.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ TERRYE E. SHEA
Special Assistant United States Attorney
701 Fifth Avenue, Suite 2900 M/S 901
Seattle  WA  98104-7075
 Telephone (206) 615-2143
 FAX (206) 615-2531
 terrye.shea@ssa.gov